**ELECTRONIC RECORD**

COA # 02-14-00176-CR          OFFENSE: 22.02

STYLE: Quinn Ford, Jr. v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRM          TRIAL COURT: 297th District Court

DATE: 05/28/15          Publish: NO   TC CASE #: 1267457D

## IN THE COURT OF CRIMINAL APPEALS

800-15
801-15

STYLE: Quinn Ford, Jr. v. The State of Texas          CCA #:

_____ *APPELLANT'S* _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ *REFUSED* _____          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____